24

**STATE OF MONTANA,**
              **Plaintiff,**                          **NO. 5830**
      **vs.**                                       **DECISION**

**JAMES WILLIAM POOLE,**
              **Defendant.**

On October 7, 1992 the Defendant's sentences were revoked and he shall was sentenced to a term of ten (10) years each on Count II, Kidnapping; on Count IV, Sexual Intercourse Without Consent; and on Count V, Sexual Intercourse Without Consent. Said sentences shall be served consecutively with each other and consecutively to the sentence imposed in Flathead County Cause No. DC-92-037B; plus other conditions as stated in the October 7, 1992 Judgment. For purposes of parole eligibility the Defendant is designated a dangerous offender.

On May 6, 1993, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and was represented by Dan O'Brien, Legal Intern from the Montana Defender Project. The state was not represented.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it if such is possible. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

The reason for the decision is the sentence imposed by the District Court is presumed correct pursuant to Section 46-18-904(3), MCA. The Division finds that the reasons advanced for modification are insufficient to deem inadequate or excessive as required to overcome the presumption per Rule 17 of the Rules of the Sentence Review Division of the Montana Supreme Court.

DATED this 6th day of May, 1993.

     **Hon. Thomas McKittrick, Chairman, Hon. G. Todd Baugh, and**
                    **Hon. John Warner, Judges**

The Sentence Review Board wishes to thank Dan O'Brien, Legal Intern from the Montana Defender Project for his assistance to the defendant and to this Court.

On September 22, 1992, the Defendant was sentenced to forty (40) years for Sexual Intercourse without Consent. The Defendant is a dangerous offender for the purposes of parole eligibility. The sentence shall run consecutively to any sentence which the